# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Richard T. Baum, Esq. | Atty Name (if applicable): | Richard T. Baum, Esq. |
| Street Address: | 11500 West Olympic Blvd. Suite 400 Los Angeles, CA 90064 | CA Bar No. (if applicable): | 80889 |
| Filer's Telephone No.: | (310) 277-2040 | Atty Fax No. (if applicable): | 310) 286-9525 |

In re: **JOSEPH LAWRENCE MIGNOGNA, JR.**

Case No. 2:13-bk-19665-NB
Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☐    No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A☐    B☐    C☐    D☐    E☐    F☐    G☐    H☐    I☒    J☒

Statement of Social Security Number(s) ☐           Statement of Financial Affairs ☐

Statement of Intention ☐                             Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **JOSEPH LAWRENCE MIGNOGNA, JR.**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/1/2014

_[signature]_
JOSEPH LAWRENCE MIGNOGNA, JR.
Debtor Signature

Co-Debtor Signature

**FOR COURT USE ONLY**

**SEE REVERSE SIDE**

B-1008 *Revised November 2011*

B6I (Official Form 6I) (12/07)

In re **JOSEPH LAWRENCE MIGNOGNA, JR.**   Case No. **2:13-bk-19665-NB**
                      Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): Son / Wife | AGE(S): 4 / 42 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | 91505 | |
| Name of Employer | Self-Employed | Works with husband |
| How long employed | 40 years | |
| Address of Employer | 400 South Sunset Canyon Drive, Burbank, CA | All employment/business income combined and scheduled below |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 22,717.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 22,717.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 22,717.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 22,717.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's income fluctuates from month to month and amount indicated is anticipated future average monthly income.**

**B6J (Official Form 6J) (12/07)**

In re **JOSEPH LAWRENCE MIGNOGNA, JR.**        Case No. **2:13-bk-19665-NB**

                                 Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ **5,200.00** |
|     a. Are real estate taxes included?  Yes **X**  No ___ | |
|     b. Is property insurance included?  Yes **X**  No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | $ **275.00** |
|               b. Water and sewer | $ **60.00** |
|               c. Telephone | $ **165.00** |
|               d. Other  **Cable TV and internet** | $ **128.00** |
| 3. Home maintenance (repairs and upkeep) | $ **100.00** |
| 4. Food | $ **850.00** |
| 5. Clothing | $ **130.00** |
| 6. Laundry and dry cleaning | $ **60.00** |
| 7. Medical and dental expenses | $ **150.00** |
| 8. Transportation (not including car payments) | $ **241.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **145.00** |
| 10. Charitable contributions | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|        a. Homeowner's or renter's | $ **0.00** |
|        b. Life | $ **0.00** |
|        c. Health | $ **660.00** |
|        d. Auto | $ **255.00** |
|        e. Other | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|        (Specify) **Income taxes** | $ **3,502.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|        a. Auto | $ **0.00** |
|        b. Other  **30% personal use** | $ **370.00** |
|        c. Other | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ **8,000.00** |
| 15. Payments for support of additional dependents not living at your home | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ **0.00** |
| 17. Other | $ **0.00** |
|      Other | $ **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **20,291.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ **22,717.00** |
| b. Average monthly expenses from Line 18 above | $ **20,291.00** |
| c. Monthly net income (a. minus b.) | $ **2,426.00** |

# Monthly Business & Expense Calculations

| | | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMMISSIONS** | | | | | | | | | | | | | | |
| Life Insurance | | 36,680.82 | 1,847.68 | 60,229.51 | 5,758.16 | 15,344.87 | 30,968.06 | 27,183.77 | 22,536.68 | 2,418.43 | 19,246.17 | 10,445.33 | 105,496.85 | **338,156.33** |
| Annuities | | | | | | | | | | | | 7,825.32 | 8,557.44 | **16,382.76** |
| Equities | | | | | | | | | | | | | | **0.00** |
| ELPP | | | | | | | | | | | | | | **0.00** |
| Fees | | | | | | | | | | | | | | **0.00** |
| **RENEWALS** | | | | | | | | | | | | | | **0.00** |
| Life Insurance | | | | | | | | | | | | | 6,940.00 | **6,940.00** |
| Annuities | | | | | | | | | | | | | | **0.00** |
| Equities | | | | | | | | | | | | | | **0.00** |
| Other | | | | | | | | | | | | | | **0.00** |
| **Total Gross Before Taxes** | | 36,680.82 | 1,847.68 | 60,229.51 | 5,758.16 | 15,344.87 | 30,968.06 | 27,183.77 | 22,536.68 | 2,418.43 | 19,246.17 | 18,270.65 | 120,994.29 | **361,479.09** |
| **BUSINESS EXPENSES** | | | | | | | | | | | | | | |
| Referral Fees | | 0.00 | 0.00 | 0.00 | 811.00 | 0.00 | 0.00 | 400.00 | 3,500.00 | 0.00 | 292.12 | 0.00 | 17,506.32 | **22,509.44** |
| Professional Advisor Fees | | 150.00 | 2,000.00 | 0.00 | | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | **5,500.00** |
| Advertising & Marketing | | 1,225.00 | 1,306.00 | 1,354.00 | 1,307.50 | 850.00 | 856.55 | 1,203.00 | 1,206.00 | 403.00 | 383.00 | 203.00 | 1,702.86 | **11,999.91** |
| Business use Home Office | | | | | | | | | | | | | | **0.00** |
| Outside office/ admin/Spport | | 42.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 752.00 | **794.49** |
| Office Repair Supplies | | 351.88 | 615.67 | 83.69 | 168.22 | 172.36 | 456.37 | 27.42 | 255.30 | 89.44 | | 868.53 | 2,633.40 | **5,722.28** |
| Credit/ATM Cds BusExpns | | 250.00 | 350.00 | 200.00 | 801.50 | 750.00 | 454.60 | 981.69 | 972.81 | 850.00 | 975.28 | 719.13 | 3,823.05 | **11,128.05** |
| Bus Meals & Entertainment | | 1,639.59 | 932.13 | 708.47 | 1,234.78 | 1,569.65 | 0.00 | 22.88 | 226.78 | 136.35 | 0.00 | | 136.20 | **6,606.83** |
| Outside labor | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Auto Expns | | 973.42 | 2,147.85 | 1,035.46 | 1,440.03 | 973.41 | 1,261.56 | 988.71 | 988.71 | 988.71 | 1,191.86 | 1,783.50 | 1,600.70 | **15,373.91** |
| Postage,telephone Internet | | 387.83 | 520.30 | 924.90 | 107.80 | 1,052.52 | 334.98 | 1,013.13 | 270.50 | 582.11 | 1,475.74 | 340.56 | 734.04 | **7,744.41** |
| Dues & Subscriptions | | 139.00 | 560.00 | 16.50 | 420.00 | 0.00 | | 164.00 | | | 1,900.00 | | | **3,199.50** |
| Seminars Educa Events | | 424.56 | 773.08 | | | 121.75 | | | | | | | | **1,319.39** |
| **TOTAL** | | 5,583.78 | 9,205.03 | 4,323.01 | 6,290.83 | 7,489.69 | 3,364.05 | 4,800.82 | 7,420.10 | 3,049.61 | 6,218.00 | 3,914.72 | 30,238.57 | **91,898.20** |
| **Income** | | 31,097.04 | -7,357.35 | 55,906.50 | -532.67 | 7,855.18 | 27,604.01 | 22,382.95 | 15,116.58 | -631.18 | 13,028.18 | 14,355.93 | 90,755.72 | **269,580.89** |

| SUPPORTAX™ SUMMARY REPORT | CASE NUMBER: | |
|---|---|---|
| Version 2014.1 (07/31/2014) | MARRIAGE OF: | Mignogna, Joe |
| Generated : 07/31/2014 2:19:06 PM | Period: | MONTHLY |
| Attorney for : Petitioner (FATHER) | Petitioner: | FATHER |
| | Respondent: | MOTHER |

### Family Information

| | | |
|---|---|---|
| Children with parent | 1 | 0 |
| Time with other parent | 0% | 20% |
| Federal Filing Status | MFJ-> | <- Combined |
| State Filing Status | MFJ-> | <- Combined |
| Federal exemptions | 2 | <- Combined |

### Income Information

| | | |
|---|---|---|
| Wages/Salary | $0 | $0 |
| Self-employment income | $15,717 | $7,000 |
| Unearned income | $0 | $0 |
| Long Term Capital Gains | $0 | $0 |
| Qualified Dividend Income | $0 | $0 |
| Tax free income | $0 | $0 |
| Social Security/RRR | $0 | $0 |
| Imputed income | $0 | $0 |
| New spouse income (support) | $0 | $0 |
| Aid or C/S received from others | $0 | $0 |

### Adjustments to Income

| | | |
|---|---|---|
| C/S paid - other relationship | $0 | $0 |
| S/S paid - other relationship | $8,000 | $0 |
| Retirement (voluntary) | $0 | $0 |
| New spouse income (taxes) | $0 | $0 |
| Correction to total income | $0 | $0 |

### Deductions/Hardships

| | | |
|---|---|---|
| Itemized Deductions | $6,737 | $0 |
| Deductible medical expenses | $0 | $0 |
| Property taxes | $1,000 | $0 |
| Deductible interest | $3,500 | $0 |
| Charitable deductions | $0 | $0 |
| Union Dues | $0 | $0 |
| Miscellaneous itemized | $2,237 | $0 |
| Allowable Itemized Deductions | $6,599 | $0 |
| Health insurance | $0 | $0 |
| Retirement (mandatory) | $0 | $0 |
| Job related expenses | $0 | $0 |
| Hardship children | 0 | 0 |
| Hardship deduction | $0 | $0 |
| Other hardship | $0 | $0 |

### Add-Ons

| | | |
|---|---|---|
| FC 4062 child care costs | $0 | $0 |
| Uninsured health care costs | $0 | $0 |
| Special education & needs | $0 | $0 |
| Travel expenses for visitation | $0 | $0 |

### Support

| | | |
|---|---|---|
| Guideline Child Support | $802 | |
| User specified child support | $0 | |
| Child 1 | $0 | |
| Child 2 | | |
| Child 3 | | |
| Child 4 | | |
| Child 5+ | | |
| Add-ons (50%) | None | |
| Total Child Support | $0 | |

### Spousal Support

| | | |
|---|---|---|
| (User Set) | $0 | |
| (support is deductible to the payor and is taxable to the payee) | | |

| | | |
|---|---|---|
| Total Support | $0 | |

### Optimized Support

| | | |
|---|---|---|
| **SupporTax Method** | | |
| Deductible | N/A | |
| Non-Deductible | N/A | |
| Add-ons | N/A | |
| Total Savings | N/A | |
| **All Deductible Method** | | |
| Family Support | No Solution | |
| Add-ons | None | |
| Total Savings | | |

### Spendable Incomes (Normalized)

| | | |
|---|---|---|
| Gross Incomes | $15,717 | $7,000 |
| Deductible support paid/rec'd | $0 | $0 |
| Non-deductible support paid/rec'd | $0 | $0 |
| Fed Income Tax (10%/10%) | $471 | $211 |
| State Income Tax (8%/8%) | $139 | $62 |
| Federal Tax Deductions | $6,800 | Combined |
| State Tax Deductions | $6,599 | Combined |
| FICA/SE/Medicare | $1,630 | $989 |
| SDI | $0 | $0 |
| **Total Taxes** | **$2,240** | **$1,262** |
| NSI after support | $5,477 | $5,738 |
| Aid or C/S received from others | $0 | $0 |
| Withholding allowances | 2 | 1 |

### Notes and Comments

*Handwritten:* $22,717    2240 / 1262 / 3502

Copyright 2014, ver. 2014.1  www.supportax.net
Date Printed: July 31, 2014 at 2:19 pm